1

2  ROGER CARTER, Bar No. 140196
   THE CARTER LAW FIRM
3  2030 Main Street, Suite 1300
   Irvine, CA 92614
   Telephone:   949.260.4737
4  Facsimile:   949.260.4754

5  SCOTT B. COOPER, Bar No. 174520
   THE COOPER LAW FIRM, P.C.
6  2030 Main Street, Suite 1300                    **MADE JS-6**
   Irvine, CA 92614
7  Telephone:   949.724.9200
   Facsimile:   949.724.9255

8
   Marc H. Phelps (State Bar No. 237036)
9  THE PHELPS LAW GROUP
   9595 Wilshire Blvd., Suite 900
10 Beverly Hills, CA 90212
   Telephone:   (310) 492-4370
11 Facsimile:  (310) 492-4371

12
   Attorneys for Plaintiff MARY CARNEY,
13 on behalf of herself and all others similarly situated

14                  UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16

17

18 MARY CARNEY, on behalf of herself        Case No.  CV10-2988 GW (RZx)
   and all others similarly situated,
19                                           Removal Date:  April 21, 2010
                     Plaintiff,
20
21        v.                                 **FINAL JUDGMENT AND ORDER
                                             OF DISMISSAL WITH PREJUDICE**
22 HILLSTONE RESTAURANT
23 GROUP, INC., and DOES 1 through          Date:        March 17, 2011
   100, inclusive,                          Time:        8:30 a.m.
24                                           Courtroom:   10
                     Defendants.
25

26

27

28

[Revised Proposed] FINAL JUDGMENT AND ORDER OF
                                             DISMISSAL WITH PREJUDICE

1

2      The Court has received and considered the proposed Joint Stipulation of

3   Settlement and Release between Plaintiff and Defendant (hereinafter the "Settlement

4   Agreement"); has previously granted preliminary approval of the class settlement

5   that provided for conditional class certification; has been informed by declarations

6   that notice to the Class of the settlement has been given to the Class; has held a

7   fairness hearing at which all parties appeared by their Counsel and at which the

8   Class Members were afforded the opportunity to object to the proposed settlement;

9   has received and reviewed briefing and evidence as to why the proposed settlement

10   is fair, adequate and in the best interests of the represented class; has considered all

11   other arguments and submissions in connection with the proposed settlement.

12      **NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY**

13   **ORDERED, ADJUDGED AND DECREED THAT:**

14      1.      The Settlement Agreement and the terms therein are fair, just,

15   reasonable and adequate as to the settling parties, including the Class, and is hereby

16   finally approved in all respects.  The parties are hereby directed to perform the terms

17   of the said Settlement Agreement and to report to the Court when that performance

18   has been completed.

19      2.      The Class is certified for settlement purposes only.  The Class

20   represented herein by Plaintiff is defined as all current and former non-exempt

21   employees employed by Defendant in California from March 18, 2006 through the

22   date upon which the Court grants the Preliminary Approval Order ("Class Period"),

23   excluding any current or former employee(s) of Defendant who file and/or have

24   filed any judicial action(s) against Defendant in state and/or federal court, during the

25   Class Period, for the claims released pursuant to the Settlement Agreement ("Class

26   Members").

27

28

-1-

3.      The Class Administrator, Simpluris, Inc., shall be paid in accordance with the terms of the Settlement Agreement.

4.      All Class Members, except those who timely opted out of the settlement, are bound by the instant Final Judgment and Order of Dismissal With Prejudice, and by the previously-approved Settlement Agreement.  As of the Effective Date, each Class Member is hereby deemed to have released Defendants and any related parties, as defined in the Settlement Agreement, from the Released State Claims described in the Settlement Agreement.  Each Class Member is barred and permanently enjoined from commencing or prosecuting any of the Released State Claims, either directly, representatively or in any other capacity that are released by the Settlement Agreement, Claim Form/FLSA Consent Form ("Claim Form"), any related agreement or release or the instant Final Judgment and Order of Dismissal With Prejudice.  In addition, as of the Effective Date, each Class Member is hereby deemed to have released Defendants and any related parties, as defined in the Settlement Agreement, from the Released Federal Claims described in the Settlement Agreement.  Each Class Member is barred and permanently enjoined from commencing or prosecuting any of the Released Federal Claims, either directly, representatively or in any other capacity that are released by the Settlement Agreement, Claim Form, any related agreement or release or the instant Final Judgment and Order of Dismissal With Prejudice.

5.      This action is hereby dismissed on the merits with prejudice.  The Court shall retain jurisdiction of this action.  Jurisdiction shall be so retained for the purpose of resolving any disputes that may arise as to the implementation of the monetary relief terms of the Settlement Agreement.  At such time as a report is received that the monetary relief terms of the Settlement Agreement have been effectuated, the Court's jurisdiction shall be deemed terminated as a final matter for all purposes.

6.      Neither the making nor entering into the Settlement Agreement constitutes an admission by Defendant or any related person or entity, nor is this Judgment a finding of the validity of any claims in this action or of any other wrongdoing.  Further, this Judgment, the Settlement Agreement, the Claim Form, and any document referred to herein are not a concession and shall not be used as an admission of any wrongdoing, fault or omission of any entity or persons; nor may any action taken to carry out the terms of the Settlement Agreement be construed as an admission or concession by or against Defendant or any related person or entity.  Evidence of the making or entering into the Settlement Agreement shall not be offered or received in evidence in any action or proceeding against any party hereto in any Court, administrative agency or other tribunal for any purpose, other than to enforce the instant Judgment and its provisions, the Settlement Agreement, or any related agreement or release or to support a defense of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim or issue preclusion or similar defense or claim.

7.      No attorneys' fees or costs shall be awarded other than as ordered by the Revised Order Granting Motion For Award of Attorneys' Fees, Costs, and Class Representative Enhancements.  In addition, no class representative enhancement payment shall be awarded other than as ordered by the Revised Order Granting Motion For Award of Attorneys' Fees, Costs, and Class Representative Enhancements.

[Revised Proposed] FINAL JUDGMENT AND ORDER OF
DISMISSAL WITH PREJUDICE

1    THIS COURT HEREBY ORDERS THAT THIS CASE IS DISMISSED WITH

2    PREJUDICE PURSUANT TO THE TERMS OF THE SETTLEMENT

3    AGREEMENT.

4

5    IT IS SO ORDERED.

6

7    Dated: April 5, 2011                    _____

8                                            The Honorable George H. Wu
                                             Judge, U.S. District Court for the Central
9                                            District Of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-